141 A.3d 294

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.R., DEFENDANT–PETITIONER.

June 24, 2016.

A petition for certification of the judgment in A–003933–13 having been submitted to this Court, and the Court having determined that the trial court's statement of reasons for not providing oral argument on this initial petition for postconviction relief did not overcome the strong presumption in favor of oral argument established in *State v. Parker*, 212 *N.J.* 269, 53 *A.*3d 652 (2012); it is hereby

ORDERED that the petition for certification is granted and the judgment of the Superior Court, Appellate Division is summarily reversed, and the matter is remanded to the trial court for oral argument on defendant's petition for postconviction relief. Jurisdiction is not retained.

141 A.3d 295

VERDELLE BOWMAN, PLAINTIFF–PETITIONER, v. RAYMOURS FURNITURE COMPANY, INC. D/B/A RAYMOUR & FLANIGAN FURNITURE, AND RALPH HUNSINGER, DEFENDANTS–RESPONDENTS.

June 27, 2016.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in light of *Rodriguez v. Raymours Furniture*, 225 *N.J.* 343, 138 *A.*3d 528 (2016).